**DAVID R. PETE**
6355 Chinn Ln #2105
Beaumont, Texas 77708
Phone: (409) 998-0229 / (409) 242-1918
Email: dpetedavidpete@yahoo.com
*Plaintiff Pro Se*

**FILED**

OCT 09 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DK
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID R. PETE,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADAPTHEALTH CORP.,**<br><br>Defendant. | Case No.: **2:26-cv-03244** - DC-AC (PS)<br><br>**FIRST AMENDED COMPLAINT**<br><br>Filing Deadline: 30 Days from Court Order<br><br>Jury Trial Demanded |

## FIRST AMENDED COMPLAINT

Plaintiff David R. Pete, appearing pro se, submits this First Amended Complaint against Defendant AdaptHealth Corp. pursuant to Federal Rule of Civil Procedure 15(a) and in strict compliance with the Court's order (ECF No. 3, paragraphs 8–27, 12–24, and 26–28). Plaintiff sets forth a short, plain statement of claims alleging specific factual grounds below:

### I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff **David R. Pete** is an individual citizen, resident, and domiciliary of the State of Texas, residing at 6355 Chinn Ln #2105, Beaumont, Texas 77708. Plaintiff is not a resident of California.

2. Defendant **AdaptHealth Corp.** is a corporate entity organized under the laws of a state other than Texas, with its principal corporate operations and headquarters situated outside the State of Texas, regularly conducting substantial medical equipment and healthcare service business operations inside the State of California.

3. This Court possesses subject-matter jurisdiction over this matter pursuant to **28 U.S.C. § 1332 (Diversity of Citizenship)**. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and complete diversity exists as Plaintiff is a citizen of Texas and Defendant is a corporate citizen of a separate state.

4. Venue is appropriate within the United States District Court for the Eastern District of California under **28 U.S.C. § 1391** because a substantial part of the events, practices, omissions, or injuries giving rise to the claims occurred within this judicial district, or Defendant maintains significant active operational venues here.

**II. STATEMENT OF FACTS**

5. Defendant AdaptHealth Corp. collects, processes, controls, and retains sensitive, non-public personally identifiable information (PII) and protected medical health data belonging to consumers, customers, and individuals including Plaintiff.

6. A serious data and security breach occurred concerning Defendant's information networks, exposing Plaintiff's confidential information to malicious third parties and unauthorized exposure.

7. Defendant AdaptHealth Corp. became fully aware of this security compromise and data breach on **June 15, 2026**.

8. Despite gaining immediate awareness of the breach on June 15, 2026, Defendant failed to execute prompt notification protocols. Defendant failed to notify Plaintiff of the security breach until Plaintiff received a formal written letter notice on **August 14, 2026**.

9. Defendant's active decision to delay notice of the data breach for a period of approximately two full months prevented Plaintiff from taking immediate defensive measures to secure personal financial credit lines, protect confidential assets, or minimize identity theft vulnerabilities.

10. As a direct and proximate result of Defendant's timeline delay and administrative omissions, Plaintiff experienced severe emotional distress, heightened anxiety regarding identity exploitation, loss of time monitoring financial registries, and concrete injuries resulting from prolonged exposure.

**III. CAUSES OF ACTION**

**COUNT I: NEGLIGENCE**

11. Plaintiff incorporates all allegations set forth in paragraphs 1 through 10 as if fully written herein.

12. Defendant owed a legal duty of care to Plaintiff to implement reasonable cybersecurity safeguards and to provide prompt, timely notification regarding any security compromise exposing Plaintiff's confidential information.

13. Defendant breached that legal duty of care by failing to notify Plaintiff for two full months (from June 15, 2026, until August 14, 2026) after explicitly discovering the security breach.

14. Defendant's breach directly and proximately caused concrete legal injuries, identity risk exposure, administrative burdens, and severe emotional distress to Plaintiff.

**COUNT II: INCORPORATION OF CLAIMS FROM ORIGINAL COMPLAINT**

15. In strict conformity with federal pleading practices and the Court's instructional orders to preserve all active legal elements, Plaintiff hereby explicitly incorporates into this single comprehensive pleading all supplementary requests, statutory claims, specific remedies, actions, and damages outlined inside Plaintiff's Original Complaint.

**IV. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff David R. Pete respectfully requests that this Court enter judgment in his favor and against Defendant AdaptHealth Corp., awarding the following relief:

a. Actual, compensatory, and consequential damages caused by Defendant's negligence and delayed disclosure notification;

b. All equitable remedies, financial relief, statutory damages, and requested actions originally set forth inside Plaintiff's Original Complaint;

c. Punitive damages for Defendant's reckless disregard of consumer data safety and notification timelines, if permitted by law; and

d. Such other, further, or alternative relief as this Court deems just, proper, and equitable.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all counts and issues so triable under the law.

Dated: October 2, 2026

Respectfully submitted,

David R Pete 10-2-2026

**DAVID R. PETE,** *Plaintiff Pro Se*
6355 Chinn Ln #2105
Beaumont, Texas 77708
Phone: (409) 998-0229 / (409) 242-1918